# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KNIGHT-CELOTEX, LLC, an Illinois limited liability company, | ) ) ) | Case No. 09 B 12200 |
| KNIGHT INDUSTRIES I LLC, a Delaware limited liability company, | ) ) ) | Case No. 09 B 12291 |
| KNIGHT QUARTZ FLOORING, LLC, a Delaware limited liability company, | ) ) ) | Case No. 10 B 4210 |
| | ) | Judge Pamela S. Hollis |
| Debtors. | ) | |
| | ) | |
| In re: | ) | Case No. 10-10734 |
| | ) | Pending in the U.S. |
| JAMES A. KNIGHT, | ) | Bankruptcy Court for the |
| | ) | District of New Hampshire |
| Debtor. | ) | Judge Mark W. Vaughn |

## ORDER GRANTING MOTION TO TRANSFER CASE (EOD # 435)

This matter having come before the court on the motion of Bank of America, N.A. to transfer venue of James A. Knight's bankruptcy case, the court having reviewed the papers and heard the arguments of the parties, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**.

ENTERED:

Date: APR 27 2010

_____
PAMELA S. HOLLIS
U.S. Bankruptcy Judge