# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
KNIGHT, JAMES A                           §      Case No. 10-19019
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                   . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $               as interim compensation and now requests a sum of $               , for a total compensation of $              [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          and now requests reimbursement for expenses of $          , for total expenses of $              [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BARRY A. CHATZ _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 10-19019   PSH   Judge: PAMELA S. HOLLIS |
|---|---|
| Case Name: | KNIGHT, JAMES A |
| For Period Ending: | 08/01/14 |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Date Filed (f) or Converted (c): | 04/28/10 (f) |
| 341(a) Meeting Date: | 06/11/10 |
| Claims Bar Date: | 08/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH<br>CASH ON HAND | 60.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>ACCOUNT WITH LIND WALDOCK | 1,100.00 | 1,976.71 | | 1,976.71 | FA |
| 3. FINANCIAL ACCOUNTS<br>E-TRADE ACCOUNT (1/2 INTEREST) | 2,673.00 | 1,337.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>CHECKING ACCOUNT - CRITTENDEN BANK | 13,909.00 | 0.00 | | 8,425.50 | FA |
| 5. FINANCIAL ACCOUNTS<br>CHECKING ACCOUNT - STOCKROSS (1/2 INTEREST) | 1,786.00 | 1,786.00 | | 893.00 | FA |
| 6. FINANCIAL ACCOUNTS<br>VANGUARD | 2,637.00 | 1,318.50 | | 1,318.50 | FA |
| 7. HOUSEHOLD GOODS<br>VARIOUS ITEMS OF HOUSEHOLD FURNITURE, COMPUTER, PIANO (1/2 INTEREST) | 12,250.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS/COLLECTIBLES<br>BOOKS AND CDs (1/2 INTEREST) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL<br>VARIOUS ARTICLES OF CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 10. FURS AND JEWELRY<br>PERSONAL JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 11. FIREARMS AND HOBBY EQUIPMENT<br>SPORTS AND EXERCISE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES<br>LIFE INSURANCE | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. IRA, KEOGH, PENSION | 935,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-19019   PSH   Judge: PAMELA S. HOLLIS | |
| Case Name: | KNIGHT, JAMES A | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 04/28/10 (f) |
| 341(a) Meeting Date: | 06/11/10 |
| Claims Bar Date: | 08/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| IRA AND ROTH IRA - NORTHERN TRUST | | | | | |
| 14. STOCK, BUSINESS INT | 0.00 | 0.00 | | 0.00 | FA |
| WAUREGAN COMPANY, INC. (100% INTEREST) | | | | | |
| 15. STOCK, BUSINESS INT | 0.00 | 0.00 | | 0.00 | FA |
| KNIGHT INDUSTRIES I, LLC (100% INTEREST) | | | | | |
| 16. PARTNERSHIPS | 0.00 | 0.00 | | 0.00 | FA |
| OLNEY, LP (1% MINORITY INTEREST) | | | | | |
| 17. TAX REFUNDS, OTHER | 371,943.00 | 0.00 | | 2,079,703.87 | FA |
| JOINT TAX REFUND CLAIM FOR 2007 FROM IRS (IN HAND) | | | | | |
| 18. VEHICLES | 1,000.00 | 0.00 | | 0.00 | FA |
| 2002 YAMAHA 200 MOTORCYCLE | | | | | |
| 19. VEHICLES | 1,200.00 | 0.00 | | 0.00 | FA |
| 2003 YAMAHA 200 MOTORCYCLE | | | | | |
| 20. VEHICLES | 16,795.00 | 0.00 | | 0.00 | FA |
| 2009 VW JETTA SE (MILEAGE 8,000) | | | | | |
| 21. OTHER MISCELLANEOUS | 100,000.00 | 0.00 | | 0.00 | FA |
| HOMESTEAD RIGHTS UNDER NH RSA 480 IN PROPERTY LOCATED AT 11 DOWNING ROAD, HANOVER, NH | | | | | |
| 22. TAX REFUNDS, OTHER (u) | 0.00 | 18,991.81 | | 18,991.81 | FA |
| STATE TAX REFUNDS | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 189.14 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,464,853.00 | $25,410.02 | | $2,111,498.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-19019    PSH    Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | Date Filed (f) or Converted (c): | 04/28/10 (f) |
| | | 341(a) Meeting Date: | 06/11/10 |
| | | Claims Bar Date: | 08/02/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO UST

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 06/30/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| | |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 08/01/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6472  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 05/04/10 | 17 | UNITED STATES TREASURY | TAX REFUND | 1124-000 | 371,943.00 | | 371,943.00 |
| | | | (FRESNO TAX REFUND) | 2007 Tax Refund - Form 1045 | | | | |
| | | | | Ownership to be determined | | | | |
| | 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.82 | | 371,960.82 |
| | 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.41 | | 371,982.23 |
| | 07/16/10 | 2 | JAMES A. KNIGHT | BANK ACCOUNT | 1129-000 | 1,976.71 | | 373,958.94 |
| | | | 11 DOWNING ROAD | | | | | |
| | | | HANOVER, NH 03755 | | | | | |
| | 07/16/10 | 5 | JAMES A. KNIGHT | BANK ACCOUNT | 1129-000 | 893.00 | | 374,851.94 |
| | | | 11 DOWNING ROAD | | | | | |
| | | | HANOVER, NH 03755 | | | | | |
| | 07/16/10 | 6 | JAMES A. KNIGHT | BANK ACCOUNT | 1129-000 | 1,318.50 | | 376,170.44 |
| | | | 11 DOWNING ROAD | | | | | |
| | | | HANOVER, NH 03755 | | | | | |
| * | 07/16/10 | 3 | JAMES A. KNIGHT & O3/00 | BANK ACCOUNT | 1129-003 | 1,337.00 | | 377,507.44 |
| | | | CYNTHIA KNIGHT JTWROS | | | | | |
| | | | 606 TIVERTON ROAD | | | | | |
| | | | LAKE FOREST, IL 60045-1655 | | | | | |
| | 07/16/10 | 4 | JAMES A. KNIGHT | BANK ACCOUNT | 1129-000 | 956.50 | | 378,463.94 |
| | | | 11 DOWNING ROAD | | | | | |
| | | | HANOVER, NH 03755 | | | | | |
| | 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 22.22 | | 378,486.16 |
| | 08/17/10 | 4 | JAMES A. KNIGHT | BANK ACCOUNT | 1129-000 | 7,469.00 | | 385,955.16 |
| | | | 11 DOWNING ROAD | | | | | |
| | | | HANOVER, NH 03755 | | | | | |
| | 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 22.55 | | 385,977.71 |
| | 09/01/10 | 000301 | ADELMAN & GETTLEMAN, LTD. | ADVANCE | 3991-000 | | 25,000.00 | 360,977.71 |
| | | | | ADVANCE TO CYNTHIA KNIGHT FROM THE | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 385,977.71 | 25,000.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Page:   2

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 08/01/14 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6472  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/15/10 | 3 | JAMES A. KNIGHT & O3/00 CYNTHIA KNIGHT JTWROS 606 TIVERTON ROAD LAKE FOREST, IL 60045-1655 | INCOME TAX REFUNDS, THE SUM OF $25,000 FOR HER LEGAL FEES IN CONNECTION WITH THIS MATTER, PURSUANT TO ORDER ENTERED 8/26/10 BY JUDGE HOLLIS IN THIS CASE BANK ACCOUNT RETURN ITEM CHARGEBACK | 1129-003 | -1,337.00 | | 359,640.71 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.74 | | 359,661.45 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.37 | | 359,682.82 |
| 10/29/10 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 2,432.86 | 357,249.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.55 | | 357,270.51 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.24 | | 357,291.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.24 | | 357,312.99 |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 308.08 | 357,004.91 |
| 03/15/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 194,870.54 | 162,134.37 |
| 06/02/11 | 17 | MB Financial Bank 800 W. Madison Street Chicago, IL  60607 | TAX REFUND Disputed Tax Refunds Settlement | 1124-000 | 1,707,760.87 | | 1,869,895.24 |
| 06/06/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 494,556.00 | 1,375,339.24 |
| 06/30/11 | | Transfer from Acct #*******6692 | Bank Funds Transfer | 9999-000 | 36,025.20 | | 1,411,364.44 |
| 06/30/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 1,205,662.93 | 205,701.51 |
| 07/18/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 57,521.36 | 148,180.15 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 188.78 | 147,991.37 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 182.46 | 147,808.91 |
| 12/14/11 | | Transfer to Acct #*******7646 | Transfer In From MMA Account | 9999-000 | | 147,808.91 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 1,742,554.21 | 2,103,531.92 |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-19019 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6472  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1982 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,128,531.92 | 2,128,531.92 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 36,025.20 | 2,102,852.60 | |
| | | | Subtotal | | 2,092,506.72 | 25,679.32 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,092,506.72 | 25,679.32 | |

| | Page Subtotals | | 0.00 | 0.00 |
|---|---|---|---|---|

LFORM24

Ver: 18.00b

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| | |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 08/01/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6692  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/10 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 2,432.86 | | 2,432.86 |
| 10/29/10 | 003001 | CURTIS THAXTER STEVENS BRODER & MICOLEAU ONE CANAL PLAZA, SUITE 1000 P.O. BOX 7320 PORTLAND, ME 04112-7320 | PROFESSIONAL FEES PER 8/31/10 COURT ORDER | | | 2,432.86 | 0.00 |
| | | | Fees          2,340.00 | 3991-000 | | | |
| | | | Expenses         92.86 | 3992-000 | | | |
| 03/15/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 194,870.54 | | 194,870.54 |
| 03/15/11 | 003002 | FREEBORN & PETERS | ATTORNEY FOR TRUSTEE PER 1/11/11 COURT ORDER | | | 194,870.54 | 0.00 |
| | | | Fees        192,207.25 | 3210-000 | | | |
| | | | Expenses      2,663.29 | 3220-000 | | | |
| 06/06/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 494,556.00 | | 494,556.00 |
| 06/06/11 | 003003 | Adelman & Gettleman, Ltd. | THIRD PARTY JUDGMENT ATTORNEYS FEES PAID TO CYNTHIA KNIGHT'S ATTORNEYS FROM HER PORTION OF TAX REFUND SETTLEMENT AMOUNT WITH TRUSTEE, PURSUANT TO 5/31/11 COURT ORDER | 8500-002 | | 55,037.14 | 439,518.86 |
| 06/06/11 | 003004 | CYNTHIA KNIGHT 109 PROSPECTOR ROAD SUN VALLEY, IDAHO 83353 | THIRD PARTY JUDGMENT CYNTHIA KNIGHT'S PORTION OF TAX REFUND SETTLEMENT AMOUNT WITH TRUSTEE, PURSUANT TO 5/31/11 COURT ORDER (MINUS $25,000 ADVANCE PAYMENT PREVIOUSLY MADE AND $55,037.14 PAYMENT MADE CONCURRENTLY HEREWITH TO ADELMAN & GETTLEMAN, LTD.) | 8500-002 | | 439,518.86 | 0.00 |

Page Subtotals                    691,859.40          691,859.40

LFORM24

Ver: 18.00b

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 08/01/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6692  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/30/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 1,205,662.93 | | 1,205,662.93 |
| | 06/30/11 | 003005 | Barry A. Chatz, Trustee<br>120 S. Riverside Plaza<br>12th Floor<br>Chicago, IL 60606 | TRUSTEE COMPENSATION<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | | | 50,108.14 | 1,155,554.79 |
| | | | | Fees          50,000.00 | 2100-000 | | | |
| | | | | Expenses       108.14 | 2200-000 | | | |
| * | 06/30/11 | 003006 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | TRUSTEE COMPENSATION<br>TRUSTEE FEE RESERVE<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 2100-003 | | 36,025.20 | 1,119,529.59 |
| * | 06/30/11 | 003006 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | TRUSTEE COMPENSATION<br>CHECK REVERSED - TRUSTEE TO BE PAID<br>ADDITIONAL COMPENSATION AT LATER<br>DATE | 2100-003 | | -36,025.20 | 1,155,554.79 |
| | 06/30/11 | 003007 | ARNSTEIN & LEHR LLP<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | PROFESSIONAL FEES<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | | | 6,595.79 | 1,148,959.00 |
| | | | | Fees           6,494.25 | 3110-000 | | | |
| | | | | Expenses        101.54 | 3120-000 | | | |
| | 06/30/11 | 003008 | ILLINOIS DEPARTMENT OF REVENUE | PRIORITY TAX CLAIMS 507(a)(8)<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 4800-000 | | 12,944.80 | 1,136,014.20 |
| | 06/30/11 | 003009 | WERTH AND WERTH<br>POST OFFICE BOX 985<br>SUN VALLEY, ID 83353 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 803.00 | 1,135,211.20 |
| | 06/30/11 | 003010 | AMERICAN EXPRESS CENTURION BANK<br>POB 3001<br>MALVERN, PA 19355-0701 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 594.00 | 1,134,617.20 |

| | Page Subtotals | 1,205,662.93 | 71,045.73 | |
|---|---|---|---|---|

FORM 2                                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 08/01/14 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6692  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 003011 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 2,772.00 | 1,131,845.20 |
| 06/30/11 | 003012 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 3,949.00 | 1,127,896.20 |
| 06/30/11 | 003013 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 297.00 | 1,127,599.20 |
| 06/30/11 | 003014 | DOUGLAS LEFEVRE CPA/DOUGLAS L.<br>LEFEVRE & CO., CPA,<br>PC<br>401 S LASALLE STREET, STE 901<br>CHICAGO, IL 60605 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 8,998.00 | 1,118,601.20 |
| 06/30/11 | 003015 | BANK OF AMERICA, N.A.<br>MICHAEL L. MOLINARO, ESQ. / LOEB & LOEB<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60654 | UNSECURED CLAIM | 7100-000 | | 1,038,015.00 | 80,586.20 |
| 06/30/11 | 003016 | SPERLING & SLATER, P.C.<br>55 WEST MONROE STREET, P.C.<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 44,473.00 | 36,113.20 |
| 06/30/11 | 003017 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | PRIORITY TAX CLAIMS 507(a)(8)<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 4800-000 | | 88.00 | 36,025.20 |
| 06/30/11 | | Transfer to Acct #*******6472 | Bank Funds Transfer | 9999-000 | | 36,025.20 | 0.00 |
| 07/18/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 57,521.36 | | 57,521.36 |

Page Subtotals        57,521.36        1,134,617.20

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

LFORM24                                                                                                    Ver: 18.00b

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-19019 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6692  BofA - Checking Account |
| Taxpayer ID No: | *******1982 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/11 | 003018 | FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE<br>SUITE 3000<br>CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE<br>PER 7/14/11 COURT ORDER | | | 57,521.36 | 0.00 |
| | | | Fees                  56,650.00 | 3210-000 | | | |
| | | | Expenses               871.36 | 3220-000 | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 1,955,043.69 | 1,955,043.69 | 0.00 |
| Less:  Bank Transfers/CD's | | 1,955,043.69 | 36,025.20 | |
| Subtotal | | 0.00 | 1,919,018.49 | |
| Less:  Payments to Debtors | | | 494,556.00 | |
| Net | | 0.00 | 1,424,462.49 | |

Page Subtotals           0.00                    57,521.36

Ver: 18.00b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit B

| Case No: | 10-19019 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7646  BofA - Checking Account |
| Taxpayer ID No: | *******1982 | | |
| For Period Ending: | 08/01/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | | Transfer from Acct #*******6472 | Transfer In From MMA Account | 9999-000 | 147,808.91 | | 147,808.91 |
| 01/20/12 | | Transfer to Acct #*******4299 | Bank Funds Transfer | 9999-000 | | 147,808.91 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 147,808.91 | 147,808.91 | 0.00 |
| Less:  Bank Transfers/CD's | 147,808.91 | 147,808.91 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals        147,808.91        147,808.91

Ver: 18.00b

LFORM24

Page: 9

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19019 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4299  Checking Account |
| Taxpayer ID No: | *******1982 | | |
| For Period Ending: | 08/01/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7646 | Bank Funds Transfer | 9999-000 | 147,808.91 | | 147,808.91 |
| 01/27/12 | 003001 | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE | | | 29,515.34 | 118,293.57 |
| | | | PER 1/10/12 COURT ORDER | | | | |
| | | | Fees            28,479.00 | 3210-000 | | | |
| | | | Expenses       1,036.34 | 3220-000 | | | |
| 02/06/12 | 003002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 133.69 | 118,159.88 |
| | | 701 POYDRAS STREET | PRO RATA PORTION OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 03/02/12 | 22 | JAMES A. & CYNTHIA F. KNIGHT | TAX REFUND | 1124-000 | 18,991.81 | | 137,151.69 |
| | | 11 DOWNING ROAD | | | | | |
| | | HANOVER, NH 03755 | | | | | |
| 04/19/12 | 003003 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION | | | 25,076.44 | 112,075.25 |
| | | | PURSUANT TO 4/19/12 COURT ORDER | | | | |
| | | | Fees            25,000.00 | 2100-000 | | | |
| | | | Expenses          76.44 | 2200-000 | | | |
| 04/19/12 | 003004 | POPOWCER KATTEN, LTD. | ACCOUNTANT FOR TRUSTEE | 3410-000 | | 5,628.50 | 106,446.75 |
| | | 35 EAST WACKER DRIVE | PURSUANT TO 4/19/12 COURT ORDER | | | | |
| | | CHICAGO, IL 60601 | | | | | |
| 06/20/12 | 003005 | FREEBORN & PETERS | ATTORNEY FOR TRUSTEE | | | 12,340.76 | 94,105.99 |
| | | | PURSUANT TO 6/14/12 COURT ORDER | | | | |
| | | | Fees            12,129.00 | 3210-000 | | | |
| | | | Expenses         211.76 | 3220-000 | | | |
| 12/18/12 | 003006 | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE | | | 23,228.08 | 70,877.91 |
| | | | PURSUANT TO 12/6/12 COURT ORDER | | | | |
| | | | Fees            22,814.00 | 3210-000 | | | |
| | | | Expenses         414.08 | 3220-000 | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | 70,877.91 | 0.00 |

Page Subtotals            166,800.72            166,800.72

Ver: 18.00b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit B

| Case No: | 10-19019 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | KNIGHT, JAMES A | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4299  Checking Account |
| Taxpayer ID No: | *******1982 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 166,800.72 | 166,800.72 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 147,808.91 | 70,877.91 | |
| | | | Subtotal | | 18,991.81 | 95,922.81 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,991.81 | 95,922.81 | |

Page Subtotals                    0.00                    0.00

FORM 2

Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 08/01/14 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9096  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 70,877.91 | | 70,877.91 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 60.05 | 70,817.86 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 33.98 | 70,783.88 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 105.23 | 70,678.65 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 101.68 | 70,576.97 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.93 | 70,472.04 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 101.39 | 70,370.65 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.63 | 70,266.02 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.47 | 70,161.55 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 100.96 | 70,060.59 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.16 | 69,956.43 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 100.65 | 69,855.78 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 103.85 | 69,751.93 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 57.43 | 69,694.50 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 103.71 | 69,590.79 |
| 03/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 93.48 | 69,497.31 |

| | | | | Page Subtotals | 70,877.91 | 1,380.60 | |

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        10-19019
Case Name:    KNIGHT, JAMES A

Taxpayer ID No:  *******1982
For Period Ending:  08/01/14

Trustee Name:                BARRY A. CHATZ
Bank Name:                   BANK OF NEW YORK  MELLON
Account Number / CD #:       *******9096  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 70,877.91 | 1,380.60 | 69,497.31 |
| | | | Less:  Bank Transfers/CD's | | 70,877.91 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,380.60 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,380.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******6472 | 2,092,506.72 | 25,679.32 | 0.00 |
| BofA - Checking Account - *******6692 | 0.00 | 1,424,462.49 | 0.00 |
| BofA - Checking Account - ********7646 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4299 | 18,991.81 | 95,922.81 | 0.00 |
| Checking Account - ********9096 | 0.00 | 1,380.60 | 69,497.31 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,111,498.53 | 1,547,445.22 | 69,497.31 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                     0.00              0.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

LFORM24

Ver: 18.00b

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 01, 2014

Case Number:    10-19019
Debtor Name:    KNIGHT, JAMES A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3410-00 | POPOWCER KATTEN, LTD 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2124 | Administrative | | $0.00 | $7,392.50 | $7,392.50 |
| 001 3210-00 | FREEBORN & PETERS LLP | Administrative | | $0.00 | $329,757.58 | $329,757.58 |
| 001 3110-00 | ARNSTEIN & LEHR LLP 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Administrative | | $0.00 | $2,995.10 | $2,995.10 |
| 000015A 001 2100-00 | Barry A. Chatz, Chapter 7 Trustee 120 South Riverside Plaza Suite 1200 Chicago, IL 60606 | Administrative | | $0.00 | $86,594.96 | $86,594.96 |
| 000015B 001 2200-00 | BARRY A. CHATZ, CHAPTER 7 TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Administrative | | $0.00 | $518.41 | $518.41 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $559.25 | $559.25 |
| 000010B 040 5800-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, ILLINOIS 60664-0338 | Priority | | $0.00 | $12,944.80 | $12,944.80 |
| 000011A 040 5800-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Priority | | $0.00 | $27,567.29 | $27,567.29 |
| 000001 070 7100-00 | WERTH AND WERTH POST OFFICE BOX 985 SUN VALLEY, ID 83353 | Unsecured | | $0.00 | $3,526.00 | $3,526.00 |
| 000002 070 7100-00 | AMERICAN EXPRESS CENTURION BANK POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $2,643.95 | $2,643.95 |
| 000003 070 7100-00 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Unsecured | | $0.00 | $12,231.74 | $12,231.74 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2

Date: August 01, 2014

| Case Number: | 10-19019 | Claim Class Sequence |
| Debtor Name: | KNIGHT, JAMES A | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000004<br>070<br>7100-00 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $0.00 | $17,397.25 | $17,397.25 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK<br>OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Unsecured | | $0.00 | $1,331.71 | $1,331.71 |
| 000006<br>070<br>7100-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION, LEVEL<br>7-425<br>100 WEST RANDOLPH<br>CHICAGO, IL 60601 | Unsecured | | $0.00 | $19,831.46 | $19,831.46 |
| 000007<br>070<br>7100-00 | DOUGLAS LEFEVRE<br>CPA/DOUGLAS L. LEFEVRE & CO.,<br>CPA,<br>PC<br>401 S LASALLE STREET, STE 901<br>CHICAGO, IL 60605 | Unsecured | | $0.00 | $39,709.17 | $39,709.17 |
| 000008<br>070<br>7100-00 | BANK OF AMERICA, N.A.<br>MICHAEL L. MOLINARO, ESQ. /<br>LOEB & LOEB<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60654 | Unsecured | | $0.00 | $4,579,335.41 | $4,579,335.41 |
| 000009<br>070<br>7100-00 | SPERLING & SLATER, P.C.<br>55 WEST MONROE STREET, P.C.<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Unsecured | | $0.00 | $207,332.80 | $207,332.80 |
| 000010A<br>071<br>7200-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $379.00 | $379.00 |
| 000011B<br>071<br>7200-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $3,407.20 | $3,407.20 |
| | Case Totals: | | | $0.00 | $5,355,455.58 | $5,355,455.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-19019
Case Name: KNIGHT, JAMES A
Trustee Name: BARRY A. CHATZ

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: ARNSTEIN & LEHR LLP | $ | $ | $ |
| Attorney for Trustee Expenses: ARNSTEIN & LEHR LLP | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: FREEBORN & PETERS LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 000010B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors      $_____

Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | WERTH AND WERTH | $ | $ | $ |
| 000002 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000003 | CHASE BANK USA, N.A. | $ | $ | $ |
| 000004 | CHASE BANK USA, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 000007 | DOUGLAS LEFEVRE CPA/DOUGLAS L. LEFEVRE & CO., CPA, | $ | $ | $ |
| 000008 | BANK OF AMERICA, N.A. | $ | $ | $ |
| 000009 | SPERLING & SLATER, P.C. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE