UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
KNIGHT, JAMES A                     §    Case No. 10-19019
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, September 16, 2014 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/01/2014                By: /s/ Barry A. Chatz, Trustee
                                           Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
KNIGHT, JAMES A § Case No. 10-19019
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,111,498.53 |
| and approved disbursements of | $ | 2,042,001.22 |
| leaving a balance on hand of[1] | $ | 69,497.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 86,594.96 | $ 75,000.00 | $ 11,594.96 |
| Trustee Expenses: BARRY A. CHATZ | $ 518.41 | $ 184.58 | $ 333.83 |
| Attorney for Trustee Fees: ARNSTEIN & LEHR LLP | $ 2,425.50 | $ 0.00 | $ 2,425.50 |
| Attorney for Trustee Expenses: ARNSTEIN & LEHR LLP | $ 569.60 | $ 0.00 | $ 569.60 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 7,392.50 | $ 6,510.50 | $ 882.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 559.25 | $ 559.25 | $ 0.00 |
| Other: FREEBORN & PETERS LLP | $ 329,757.58 | $ 317,446.08 | $ 12,311.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 28,117.39 |
| Remaining Balance | | $ | 41,379.92 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,512.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | $ 27,567.29 | $ 0.00 | $ 27,567.29 |
| 000010B | ILLINOIS DEPARTMENT OF REVENUE | $ 12,944.80 | $ 0.00 | $ 12,944.80 |

Total to be paid to priority creditors                $         40,512.09

Remaining Balance                                     $            867.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,883,339.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | WERTH AND WERTH | $ 3,526.00 | $ 803.00 | $ 0.00 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | $ 2,643.95 | $ 594.00 | $ 0.00 |
| 000003 | CHASE BANK USA, N.A. | $ 12,231.74 | $ 2,772.00 | $ 0.00 |
| 000004 | CHASE BANK USA, N.A. | $ 17,397.25 | $ 3,949.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,331.71 | $ 297.00 | $ 0.00 |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | $ 19,831.46 | $ 0.00 | $ 867.83 |
| 000007 | DOUGLAS LEFEVRE CPA/DOUGLAS L. LEFEVRE & CO., CPA. | $ 39,709.17 | $ 8,998.00 | $ 0.00 |
| 000008 | BANK OF AMERICA, N.A. | $ 4,579,335.41 | $ 1,038,015.00 | $ 0.00 |
| 000009 | SPERLING & SLATER, P.C. | $ 207,332.80 | $ 44,473.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $      867.83

Remaining Balance     $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 3,786.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | ILLINOIS DEPARTMENT OF REVENUE | $ 379.00 | $ 0.00 | $ 0.00 |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | $ 3,407.20 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $      0.00

Remaining Balance     $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Barry A. Chatz, Trustee
                      Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-19019-PSH
James A Knight                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen                 Page 1 of 2              Date Rcvd: Aug 04, 2014
                              Form ID: pdf006              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2014.
```
db            #+James A Knight,    11 Downing Road,    Hanover, NH 03755-1901
15496388       American Express,    P.O. Box 360001,    Fort Lauderdale,FL 33336-0001
15760061       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15496389      +Amica,    P O Box 6008,    Providence RI 02940-6008
15496390       Amos Tuck School,    Dartmouth College,    Hanover, NH 03755
15496392      +Bank of America,    233 South LaSalle Street,    Chicago, IL 60604
15909006      +Bank of America, N.A.,    Michael L. Molinaro, Esq. / Loeb & Loeb,    321 N. Clark Street,
                Suite 2300,    Chicago, IL 60654-4746
15496393      +Barry Chatz, Trustee,    120 South Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
15496396     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank,    P O Box 183051,    Columbus, OH 43218)
15766814       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15496395       Chase Credit Cards,    PO BOX 15153,    WILMINGTON DE 19886-5153
15496397       Curtis Thaxter,    P O Box 7320,    Portland ME 04112-7320
15496398      +Douglas LeFevre CPA/Douglas L. LeFevre & Co., CPA,,    PC,    401 S Lasalle Street, Ste 901,
                Chicago, IL 60605-1056
15496399      +IL Dept of Revenue,    P O Box 19023,    Springfield, IL 62794-9023
15851704     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
                100 West Randolph,    Chicago, IL 60601)
19582747       Illinois Department of Revenue,    Bankruptcy Section,    P.O.Box 64338,    Chicago, IL 60664-0338
15496400      +Kipnis Rosen and Bloom,    5550 West Touhy Ave.,    Skokie, IL 60077-3254
15496402      +Loeb and Loeb,    321 North Clark St.,    Chicago, IL 60654-4746
15496403      +Northern Trust,    50 South LasSalle Street,    Chicago, IL 60603-1003
15496405      +Regions Bank,    P O Box 15019,    Wilmington, DE 19886-5019
15496406      +Robert A. Kaye,    PO Box 7498,    Buffalo Grove, IL 60089-7498
15496407      +Soucy Fisher,    799 Central Ave,    Highland Park, IL 60035-5637
15920102      +Sperling & Slater, P.C.,    55 West Monroe Street, P.C.,    Suite 3200,
                Chicago, Illinois 60603-5072
15496408       Sperling and Slater,    55 West Monroe,    Chicago, IL60603-5072
15496410       VW Financial Services,    P.O. Box 3,    Hillsboro, OR 97123-0003
15496411      +Werth and Werth,    Post Office Box 985,    Sun Valley, ID 83353-0985
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15496391      +E-mail/Text: vci.bkcy@vwcredit.com Aug 05 2014 01:16:39     Audi Financial Services,
                P O Box 17497,    Baltimore, MD 21297-1497
15496394       E-mail/Text: bankruptcynotices@bmwfs.com Aug 05 2014 01:17:18      BMW Credit,    P O Box 3608,
                Dublin OH 43016
15825369       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2014 01:21:45
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15496401      +E-mail/Text: jfriedland@lplegal.com Aug 05 2014 01:11:16     Levenfeld Pearlstein,
                2 North LaSalle Street,    Chicago, IL 60602-3709
15496404      +E-mail/Text: jmcveigh@preti.com Aug 05 2014 01:11:24     Preti Flaherty,    P O Box 9546,
                Portland ME 04112-9546
15496409      +E-mail/Text: vci.bkcy@vwcredit.com Aug 05 2014 01:16:39     VW Credit, Inc.,    PO BOX 829009,
                Dallas, TX 75382-9009
                                                                                              TOTAL: 6
```
```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16225657*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit Level 7,
                100 W Randolph Street,    Chicago, Illinois 60601)
15533199*      VW Credit, Inc,    P.O. Box 829009,    Dallas, TX 75382-9009
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: rgreen                Page 2 of 2              Date Rcvd: Aug 04, 2014
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2014 at the address(es) listed below:

```
              Adam P. Silverman    on behalf of Interested Party Cynthia  Knight asilverman@ag-ltd.com
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Gregg R Hague    on behalf of Creditor    Sperling & Slater, P.C. grh@sperling-law.com
              Harold L Moskowitz    on behalf of Plaintiff Robert A. Kaye hlmatty@aol.com
              Henry B. Merens    on behalf of Interested Party Cynthia  Knight hbm@ag-ltd.com
              Kevin H Morse    on behalf of Attorney    Arnstein & Lehr LLP khmorse@arnstein.com
              Marylynne K Schwartz    on behalf of Defendant James A. Knight mschwartz@shawgussis.com
              Melissa  Mickey    on behalf of Creditor    Bank Of America, N.A., mmickey@reedsmith.com,
               mjawor@reedsmith.com
              Michael  Skoglund    on behalf of Interested Party    Allied World National Assurance Company
               mskoglund@bcnlaw.com
              Michael L Molinaro    on behalf of Creditor    Bank Of America, N.A., michael.molinaro@akerman.com,
               kelley.evans@akerman.com
              Michael L Molinaro    on behalf of Plaintiff    Bank of America, N.A. michael.molinaro@akerman.com,
               kelley.evans@akerman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Debtor James A Knight rfogel@shawfishman.com
              Richard S Lauter    on behalf of Attorney    Freeborn & Peters rlauter@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              Richard S Lauter    on behalf of Trustee Barry A Chatz rlauter@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              Steven B Towbin    on behalf of Debtor James A Knight stowbin@shawfishman.com
              Terence G Banich    on behalf of Debtor James A Knight tbanich@shawfishman.com,
               kbobb@shawfishman.com
              Theresa L Davis    on behalf of Creditor    Bank Of America, N.A., tdavis@loeb.com,
               mjawor@reedsmith.com
              Thomas R. Fawkes    on behalf of Trustee Barry A Chatz tfawkes@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
                                                                                             TOTAL: 19
```