# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KNIGHT, JAMES A | § | Case No. 10-19019 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                 (see **Exhibit 2**), yielded net receipts of $                        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on         . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TO CLEAR ACCOUNT AND CLOSE |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adelman & Gettleman, Ltd. | | | |
| CYNTHIA KNIGHT | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, CHAPTER 7 TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, CHAPTER 7 TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF NEW YORK  MELLON | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| FREEBORN & PETERS LLP | | | | | |
| FREEBORN & PETERS | | | | | |
| FREEBORN & PETERS LLP | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| ADELMAN & GETTLEMAN, LTD. | | | | | |
| CURTIS THAXTER STEVENS BRODER & MIC | | | | | |
| CURTIS THAXTER STEVENS BRODER & MIC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000008 | BANK OF AMERICA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000007 | DOUGLAS LEFEVRE CPA/DOUGLAS L. LEFE | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000009 | SPERLING & SLATER, P.C. | | | | | |
| 000001 | WERTH AND WERTH | | | | | |
| 000010A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| Case No: | 10-19019   PSH   Judge: PAMELA S. HOLLIS | | Trustee Name: | BARRY A. CHATZ |

Case Name:   KNIGHT, JAMES A

Date Filed (f) or Converted (c):   04/28/10 (f)

341(a) Meeting Date:   06/11/10

Claims Bar Date:   08/02/10

For Period Ending:  01/23/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH CASH ON HAND | 60.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS ACCOUNT WITH LIND WALDOCK | 1,100.00 | 1,976.71 | | 1,976.71 | FA |
| 3. FINANCIAL ACCOUNTS E-TRADE ACCOUNT (1/2 INTEREST) | 2,673.00 | 1,337.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS CHECKING ACCOUNT - CRITTENDEN BANK | 13,909.00 | 0.00 | | 8,425.50 | FA |
| 5. FINANCIAL ACCOUNTS CHECKING ACCOUNT - STOCKROSS (1/2 INTEREST) | 1,786.00 | 1,786.00 | | 893.00 | FA |
| 6. FINANCIAL ACCOUNTS VANGUARD | 2,637.00 | 1,318.50 | | 1,318.50 | FA |
| 7. HOUSEHOLD GOODS VARIOUS ITEMS OF HOUSEHOLD FURNITURE, COMPUTER, PIANO (1/2 INTEREST) | 12,250.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS/COLLECTIBLES BOOKS AND CDs (1/2 INTEREST) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL VARIOUS ARTICLES OF CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 10. FURS AND JEWELRY PERSONAL JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 11. FIREARMS AND HOBBY EQUIPMENT SPORTS AND EXERCISE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES LIFE INSURANCE | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. IRA, KEOGH, PENSION | 935,000.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-19019   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | Date Filed (f) or Converted (c): | 04/28/10 (f) |
| | | 341(a) Meeting Date: | 06/11/10 |
| | | Claims Bar Date: | 08/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| IRA AND ROTH IRA - NORTHERN TRUST | | | | | |
| 14. STOCK, BUSINESS INT | 0.00 | 0.00 | | 0.00 | FA |
| WAUREGAN COMPANY, INC. (100% INTEREST) | | | | | |
| 15. STOCK, BUSINESS INT | 0.00 | 0.00 | | 0.00 | FA |
| KNIGHT INDUSTRIES I, LLC (100% INTEREST) | | | | | |
| 16. PARTNERSHIPS | 0.00 | 0.00 | | 0.00 | FA |
| OLNEY, LP (1% MINORITY INTEREST) | | | | | |
| 17. TAX REFUNDS, OTHER | 371,943.00 | 0.00 | | 2,079,703.87 | FA |
| JOINT TAX REFUND CLAIM FOR 2007 FROM IRS (IN HAND) | | | | | |
| 18. VEHICLES | 1,000.00 | 0.00 | | 0.00 | FA |
| 2002 YAMAHA 200 MOTORCYCLE | | | | | |
| 19. VEHICLES | 1,200.00 | 0.00 | | 0.00 | FA |
| 2003 YAMAHA 200 MOTORCYCLE | | | | | |
| 20. VEHICLES | 16,795.00 | 0.00 | | 0.00 | FA |
| 2009 VW JETTA SE (MILEAGE 8,000) | | | | | |
| 21. OTHER MISCELLANEOUS | 100,000.00 | 0.00 | | 0.00 | FA |
| HOMESTEAD RIGHTS UNDER NH RSA 480 IN PROPERTY<br>LOCATED AT 11 DOWNING ROAD, HANOVER, NH | | | | | |
| 22. TAX REFUNDS, OTHER (u) | 0.00 | 18,991.81 | | 18,991.81 | FA |
| STATE TAX REFUNDS | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 189.14 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,464,853.00 | $25,410.02 | | $2,111,498.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-19019    PSH    Judge: PAMELA S. HOLLIS | |
| Case Name: | KNIGHT, JAMES A | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 04/28/10 (f) |
| 341(a) Meeting Date: | 06/11/10 |
| Claims Bar Date: | 08/02/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO UST

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6472 Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 05/04/10 | 17 | UNITED STATES TREASURY (FRESNO TAX REFUND) | TAX REFUND 2007 Tax Refund - Form 1045 Ownership to be determined | 1124-000 | 371,943.00 | | 371,943.00 |
| | 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.82 | | 371,960.82 |
| | 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.41 | | 371,982.23 |
| | 07/16/10 | 2 | JAMES A. KNIGHT 11 DOWNING ROAD HANOVER, NH 03755 | BANK ACCOUNT | 1129-000 | 1,976.71 | | 373,958.94 |
| | 07/16/10 | 5 | JAMES A. KNIGHT 11 DOWNING ROAD HANOVER, NH 03755 | BANK ACCOUNT | 1129-000 | 893.00 | | 374,851.94 |
| | 07/16/10 | 6 | JAMES A. KNIGHT 11 DOWNING ROAD HANOVER, NH 03755 | BANK ACCOUNT | 1129-000 | 1,318.50 | | 376,170.44 |
| * | 07/16/10 | 3 | JAMES A. KNIGHT & O3/00 CYNTHIA KNIGHT JTWROS 606 TIVERTON ROAD LAKE FOREST, IL 60045-1655 | BANK ACCOUNT | 1129-003 | 1,337.00 | | 377,507.44 |
| | 07/16/10 | 4 | JAMES A. KNIGHT 11 DOWNING ROAD HANOVER, NH 03755 | BANK ACCOUNT | 1129-000 | 956.50 | | 378,463.94 |
| | 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 22.22 | | 378,486.16 |
| | 08/17/10 | 4 | JAMES A. KNIGHT 11 DOWNING ROAD HANOVER, NH 03755 | BANK ACCOUNT | 1129-000 | 7,469.00 | | 385,955.16 |
| | 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 22.55 | | 385,977.71 |
| | 09/01/10 | 000301 | ADELMAN & GETTLEMAN, LTD. | ADVANCE ADVANCE TO CYNTHIA KNIGHT FROM THE | 3991-000 | | 25,000.00 | 360,977.71 |

| | | | |
|---|---|---|---|
| Page Subtotals | | 385,977.71 | 25,000.00 |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  2

Exhibit 9

| Case No: | 10-19019 |
|---|---|
| Case Name: | KNIGHT, JAMES A |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6472  Money Market Account (Interest Earn |

| Taxpayer ID No: | *******1982 |
|---|---|
| For Period Ending: | 01/23/15 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/15/10 | 3 | JAMES A. KNIGHT & O3/00 CYNTHIA KNIGHT JTWROS 606 TIVERTON ROAD LAKE FOREST, IL 60045-1655 | INCOME TAX REFUNDS, THE SUM OF $25,000 FOR HER LEGAL FEES IN CONNECTION WITH THIS MATTER, PURSUANT TO ORDER ENTERED 8/26/10 BY JUDGE HOLLIS IN THIS CASE BANK ACCOUNT RETURN ITEM CHARGEBACK | 1129-003 | -1,337.00 | | 359,640.71 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.74 | | 359,661.45 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.37 | | 359,682.82 |
| 10/29/10 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 2,432.86 | 357,249.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.55 | | 357,270.51 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.24 | | 357,291.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.24 | | 357,312.99 |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 308.08 | 357,004.91 |
| 03/15/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 194,870.54 | 162,134.37 |
| 06/02/11 | 17 | MB Financial Bank 800 W. Madison Street Chicago, IL  60607 | TAX REFUND Disputed Tax Refunds Settlement | 1124-000 | 1,707,760.87 | | 1,869,895.24 |
| 06/06/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 494,556.00 | 1,375,339.24 |
| 06/30/11 | | Transfer from Acct #*******6692 | Bank Funds Transfer | 9999-000 | 36,025.20 | | 1,411,364.44 |
| 06/30/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 1,205,662.93 | 205,701.51 |
| 07/18/11 | | Transfer to Acct #*******6692 | Bank Funds Transfer | 9999-000 | | 57,521.36 | 148,180.15 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 188.78 | 147,991.37 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 182.46 | 147,808.91 |
| 12/14/11 | | Transfer to Acct #*******7646 | Transfer In From MMA Account | 9999-000 | | 147,808.91 | 0.00 |

| | Page Subtotals | 1,742,554.21 | 2,103,531.92 | |
|---|---|---|---|---|

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| | | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 01/23/15 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6472  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,128,531.92 | 2,128,531.92 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 36,025.20 | 2,102,852.60 | |
| | | | Subtotal | | 2,092,506.72 | 25,679.32 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,092,506.72 | 25,679.32 | |

Page Subtotals                0.00                0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2                                                                           Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| | | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 01/23/15 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6692  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/10 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 2,432.86 | | 2,432.86 |
| 10/29/10 | 003001 | CURTIS THAXTER STEVENS BRODER & MICOLEAU ONE CANAL PLAZA, SUITE 1000 P.O. BOX 7320 PORTLAND, ME 04112-7320 | PROFESSIONAL FEES PER 8/31/10 COURT ORDER | | | 2,432.86 | 0.00 |
| | | | Fees          2,340.00 | 3991-000 | | | |
| | | | Expenses          92.86 | 3992-000 | | | |
| 03/15/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 194,870.54 | | 194,870.54 |
| 03/15/11 | 003002 | FREEBORN & PETERS | ATTORNEY FOR TRUSTEE PER 1/11/11 COURT ORDER | | | 194,870.54 | 0.00 |
| | | | Fees          192,207.25 | 3210-000 | | | |
| | | | Expenses          2,663.29 | 3220-000 | | | |
| 06/06/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 494,556.00 | | 494,556.00 |
| 06/06/11 | 003003 | Adelman & Gettleman, Ltd. | THIRD PARTY JUDGMENT ATTORNEYS FEES PAID TO CYNTHIA KNIGHT'S ATTORNEYS FROM HER PORTION OF TAX REFUND SETTLEMENT AMOUNT WITH TRUSTEE, PURSUANT TO 5/31/11 COURT ORDER | 8500-002 | | 55,037.14 | 439,518.86 |
| 06/06/11 | 003004 | CYNTHIA KNIGHT 109 PROSPECTOR ROAD SUN VALLEY, IDAHO 83353 | THIRD PARTY JUDGMENT CYNTHIA KNIGHT'S PORTION OF TAX REFUND SETTLEMENT AMOUNT WITH TRUSTEE, PURSUANT TO 5/31/11 COURT ORDER (MINUS $25,000 ADVANCE PAYMENT PREVIOUSLY MADE AND $55,037.14 PAYMENT MADE CONCURRENTLY HEREWITH TO ADELMAN & GETTLEMAN, LTD.) | 8500-002 | | 439,518.86 | 0.00 |

|  |  Page Subtotals | 691,859.40 | 691,859.40 |
|---|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 10-19019 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6692  BofA - Checking Account |
| Taxpayer ID No: | *******1982 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/30/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 1,205,662.93 | | 1,205,662.93 |
| | 06/30/11 | 003005 | Barry A. Chatz, Trustee<br>120 S. Riverside Plaza<br>12th Floor<br>Chicago, IL 60606 | TRUSTEE COMPENSATION<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | | | 50,108.14 | 1,155,554.79 |
| | | | | Fees          50,000.00 | 2100-000 | | | |
| | | | | Expenses          108.14 | 2200-000 | | | |
| * | 06/30/11 | 003006 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | TRUSTEE COMPENSATION<br>TRUSTEE FEE RESERVE<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 2100-003 | | 36,025.20 | 1,119,529.59 |
| * | 06/30/11 | 003006 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | TRUSTEE COMPENSATION<br>CHECK REVERSED - TRUSTEE TO BE PAID<br>ADDITIONAL COMPENSATION AT LATER<br>DATE | 2100-003 | | -36,025.20 | 1,155,554.79 |
| | 06/30/11 | 003007 | ARNSTEIN & LEHR LLP<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | PROFESSIONAL FEES<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | | | 6,595.79 | 1,148,959.00 |
| | | | | Fees          6,494.25 | 3110-000 | | | |
| | | | | Expenses          101.54 | 3120-000 | | | |
| | 06/30/11 | 003008 | ILLINOIS DEPARTMENT OF REVENUE | PRIORITY TAX CLAIMS 507(a)(8)<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 4800-000 | | 12,944.80 | 1,136,014.20 |
| | 06/30/11 | 003009 | WERTH AND WERTH<br>POST OFFICE BOX 985<br>SUN VALLEY, ID 83353 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 803.00 | 1,135,211.20 |
| | 06/30/11 | 003010 | AMERICAN EXPRESS CENTURION BANK<br>POB 3001<br>MALVERN, PA 19355-0701 | UNSECURED CLAIM<br>PURSUANT TO COURT ORDER ENTERED<br>6/30/11 | 7100-000 | | 594.00 | 1,134,617.20 |

Page Subtotals          1,205,662.93          71,045.73

Ver: 18.03b

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 01/23/15 |

| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6692  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 003011 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | UNSECURED CLAIM PURSUANT TO COURT ORDER ENTERED 6/30/11 | 7100-000 | | 2,772.00 | 1,131,845.20 |
| 06/30/11 | 003012 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | UNSECURED CLAIM PURSUANT TO COURT ORDER ENTERED 6/30/11 | 7100-000 | | 3,949.00 | 1,127,896.20 |
| 06/30/11 | 003013 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | UNSECURED CLAIM PURSUANT TO COURT ORDER ENTERED 6/30/11 | 7100-000 | | 297.00 | 1,127,599.20 |
| 06/30/11 | 003014 | DOUGLAS LEFEVRE CPA/DOUGLAS L. LEFEVRE & CO., CPA, PC 401 S LASALLE STREET, STE 901 CHICAGO, IL 60605 | UNSECURED CLAIM PURSUANT TO COURT ORDER ENTERED 6/30/11 | 7100-000 | | 8,998.00 | 1,118,601.20 |
| 06/30/11 | 003015 | BANK OF AMERICA, N.A. MICHAEL L. MOLINARO, ESQ. / LOEB & LOEB 321 N. CLARK STREET SUITE 2300 CHICAGO, IL 60654 | UNSECURED CLAIM | 7100-000 | | 1,038,015.00 | 80,586.20 |
| 06/30/11 | 003016 | SPERLING & SLATER, P.C. 55 WEST MONROE STREET, P.C. SUITE 3200 CHICAGO, ILLINOIS 60603 | UNSECURED CLAIM PURSUANT TO COURT ORDER ENTERED 6/30/11 | 7100-000 | | 44,473.00 | 36,113.20 |
| 06/30/11 | 003017 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, ILLINOIS 60664-0338 | PRIORITY TAX CLAIMS 507(a)(8) PURSUANT TO COURT ORDER ENTERED 6/30/11 | 4800-000 | | 88.00 | 36,025.20 |
| 06/30/11 | | Transfer to Acct #*******6472 | Bank Funds Transfer | 9999-000 | | 36,025.20 | 0.00 |
| 07/18/11 | | Transfer from Acct #*******6472 | Bank Funds Transfer | 9999-000 | 57,521.36 | | 57,521.36 |

Page Subtotals   57,521.36   1,134,617.20

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2   Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| | |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6692  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/11 | 003018 | FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE<br>SUITE 3000<br>CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE<br>PER 7/14/11 COURT ORDER<br><br>Fees          56,650.00<br>Expenses     871.36 | <br><br><br>3210-000<br>3220-000 | | 57,521.36 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,955,043.69 | 1,955,043.69 | 0.00 |
| Less:  Bank Transfers/CD's | 1,955,043.69 | 36,025.20 | |
| Subtotal | 0.00 | 1,919,018.49 | |
| Less:  Payments to Debtors | | 494,556.00 | |
| Net | 0.00 | 1,424,462.49 | |

Page Subtotals          0.00          57,521.36

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| Case No: | 10-19019 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | KNIGHT, JAMES A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7646  BofA - Checking Account |
| Taxpayer ID No: | *******1982 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | | Transfer from Acct #*******6472 | Transfer In From MMA Account | 9999-000 | 147,808.91 | | 147,808.91 |
| 01/20/12 | | Transfer to Acct #*******4299 | Bank Funds Transfer | 9999-000 | | 147,808.91 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 147,808.91 | 147,808.91 | 0.00 |
| Less:  Bank Transfers/CD's | 147,808.91 | 147,808.91 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals        147,808.91        147,808.91

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2                                                                                                                                  Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 01/23/15 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4299  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7646 | Bank Funds Transfer | 9999-000 | 147,808.91 | | 147,808.91 |
| 01/27/12 | 003001 | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE | | | 29,515.34 | 118,293.57 |
| | | | PER 1/10/12 COURT ORDER | | | | |
| | | | Fees            28,479.00 | 3210-000 | | | |
| | | | Expenses        1,036.34 | 3220-000 | | | |
| 02/06/12 | 003002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 133.69 | 118,159.88 |
| | | 701 POYDRAS STREET | PRO RATA PORTION OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 03/02/12 | 22 | JAMES A. & CYNTHIA F. KNIGHT | TAX REFUND | 1124-000 | 18,991.81 | | 137,151.69 |
| | | 11 DOWNING ROAD | | | | | |
| | | HANOVER, NH 03755 | | | | | |
| 04/19/12 | 003003 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION | | | 25,076.44 | 112,075.25 |
| | | | PURSUANT TO 4/19/12 COURT ORDER | | | | |
| | | | Fees            25,000.00 | 2100-000 | | | |
| | | | Expenses           76.44 | 2200-000 | | | |
| 04/19/12 | 003004 | POPOWCER KATTEN, LTD. | ACCOUNTANT FOR TRUSTEE | 3410-000 | | 5,628.50 | 106,446.75 |
| | | 35 EAST WACKER DRIVE | PURSUANT TO 4/19/12 COURT ORDER | | | | |
| | | CHICAGO, IL 60601 | | | | | |
| 06/20/12 | 003005 | FREEBORN & PETERS | ATTORNEY FOR TRUSTEE | | | 12,340.76 | 94,105.99 |
| | | | PURSUANT TO 6/14/12 COURT ORDER | | | | |
| | | | Fees            12,129.00 | 3210-000 | | | |
| | | | Expenses          211.76 | 3220-000 | | | |
| 12/18/12 | 003006 | FREEBORN & PETERS LLP | ATTORNEY FOR TRUSTEE | | | 23,228.08 | 70,877.91 |
| | | | PURSUANT TO 12/6/12 COURT ORDER | | | | |
| | | | Fees            22,814.00 | 3210-000 | | | |
| | | | Expenses          414.08 | 3220-000 | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | 70,877.91 | 0.00 |

Page Subtotals          166,800.72          166,800.72

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2                                                                                  Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| | | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 01/23/15 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4299  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 166,800.72 | 166,800.72 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 147,808.91 | 70,877.91 | |
| | | | Subtotal | | 18,991.81 | 95,922.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,991.81 | 95,922.81 | |

Page Subtotals                                    0.00            0.00

FOR M2A

Page: 11

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 01/23/15 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK  MELLON | |
| Account Number / CD #: | *******9096  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 70,877.91 | | 70,877.91 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 60.05 | 70,817.86 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 33.98 | 70,783.88 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 105.23 | 70,678.65 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 101.68 | 70,576.97 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.93 | 70,472.04 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 101.39 | 70,370.65 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.63 | 70,266.02 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.47 | 70,161.55 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 100.96 | 70,060.59 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 104.16 | 69,956.43 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 100.65 | 69,855.78 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 103.85 | 69,751.93 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 57.43 | 69,694.50 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 103.71 | 69,590.79 |
| 03/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 93.48 | 69,497.31 |
| 09/16/14 | 300003 | POPOWCER KATTEN, LTD | Accountant for Trustee Fees (Other | 3410-000 | | 882.00 | 68,615.31 |
| | | 35 EAST WACKER DRIVE | | | | | |
| | | SUITE 1550 | | | | | |
| | | CHICAGO, IL 60601-2124 | | | | | |
| 09/16/14 | 300004 | FREEBORN & PETERS LLP | Attorney for Trustee Fees (Other Fi | 3210-000 | | 12,311.50 | 56,303.81 |
| 09/16/14 | 300005 | ARNSTEIN & LEHR LLP | Attorney for Trustee Fees (Trustee | | | 2,995.10 | 53,308.71 |
| | | 120 SOUTH RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |

Page Subtotals       70,877.91       17,569.20

Page: 12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| | |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9096  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60606 | | | | | |
| | | | Fees            2,425.50 | 3110-000 | | | |
| | | | Expenses         569.60 | 3120-000 | | | |
| 09/16/14 | 300006 | Barry A. Chatz, Chapter 7 Trustee<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | Claim 000015A, Payment 13.39% | 2100-000 | | 11,594.96 | 41,713.75 |
| 09/16/14 | 300007 | BARRY A. CHATZ, CHAPTER 7 TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Claim 000015B, Payment 64.39% | 2200-000 | | 333.83 | 41,379.92 |
| * 09/16/14 | 300008 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Claim 000010B, Payment 100.00%<br>CLAIM SATISFIED BY INTERIM DISTRIBUTION<br>MADE 6/30/11 | 5800-003 | | 12,944.80 | 28,435.12 |
| * 09/16/14 | 300009 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Claim 000011A, Payment 100.00% | 5800-003 | | 27,567.29 | 867.83 |
| * 09/16/14 | 300010 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, LEVEL 7-425<br>100 WEST RANDOLPH<br>CHICAGO, IL 60601 | Claim 000006, Payment 4.38% | 7100-003 | | 867.83 | 0.00 |
| * 10/07/14 | 300008 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Claim 000010B, Payment 100.00%<br>CLAIM SATISFIED 100% BY INTERIM<br>DISTRIBUTION MADE 6/30/11 | 5800-003 | | -12,944.80 | 12,944.80 |
| * 10/07/14 | 300009 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338 | Claim 000011A, Payment 100.00%<br>CLAIM SATISFIED IN FULL PER IDOR | 5800-003 | | -27,567.29 | 40,512.09 |

|  | Page Subtotals | 0.00 | 12,796.62 |
|---|---|---|---|

Ver: 18.03b

Page: 13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-19019 | |
| Case Name: | KNIGHT, JAMES A | |
| | | |
| Taxpayer ID No: | *******1982 | |
| For Period Ending: | 01/23/15 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9096  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60664-0338 | | | | | |
| * 10/08/14 | 300010 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION, LEVEL 7-425 100 WEST RANDOLPH CHICAGO, IL 60601 | Claim 000006, Payment 4.38% CLAIM SATISFIED 100% PER JIM NEWBOLD AT IDOR - FUNDS TO BE RE-DISTRIBUTED | 7100-003 | | -867.83 | 41,379.92 |
| 10/09/14 | 300011 | WERTH AND WERTH POST OFFICE BOX 985 SUN VALLEY, ID 83353 | Claim 000001, Payment 0.69% | 7100-000 | | 24.42 | 41,355.50 |
| 10/09/14 | 300012 | AMERICAN EXPRESS CENTURION BANK POB 3001 MALVERN, PA 19355-0701 | Claim 000002, Payment 1.00% | 7100-000 | | 26.43 | 41,329.07 |
| 10/09/14 | 300013 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000003, Payment 0.80% | 7100-000 | | 98.33 | 41,230.74 |
| 10/09/14 | 300014 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000004, Payment 0.77% | 7100-000 | | 133.47 | 41,097.27 |
| 10/09/14 | 300015 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | Claim 000005, Payment 1.16% | 7100-000 | | 15.50 | 41,081.77 |
| 10/09/14 | 300016 | DOUGLAS LEFEVRE CPA/DOUGLAS L. LEFEVRE & CO., CPA, PC 401 S LASALLE STREET, STE 901 CHICAGO, IL 60605 | Claim 000007, Payment 0.81% | 7100-000 | | 320.24 | 40,761.53 |
| 10/09/14 | 300017 | BANK OF AMERICA, N.A. MICHAEL L. MOLINARO, ESQ. / LOEB & LOEB 321 N. CLARK STREET SUITE 2300 | Claim 000008, Payment 0.80% | 7100-000 | | 36,581.38 | 4,180.15 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 36,331.94 |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2

Page: 14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-19019 |
| Case Name: | KNIGHT, JAMES A |
| | |
| Taxpayer ID No: | *******1982 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9096 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60654 | | | | | |
| 10/09/14 | 300018 | SPERLING & SLATER, P.C. | Claim 000009, Payment 2.02% | 7100-000 | | 4,180.15 | 0.00 |
| | | 55 WEST MONROE STREET, P.C. | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, ILLINOIS 60603 | | | | | |
| 11/24/14 | | ANTHEM BLUE CROSS BLUE SHIELD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 2,531.84 | | 2,531.84 |
| | | P.O. BOX 68086 | | | | | |
| | | CINCINNATI, OH 45206 | | | | | |
| 11/24/14 | | ONE MAIN FINANCIAL | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 496.21 | | 3,028.05 |
| | | 605 MUNN ROAD | | | | | |
| | | FORT MILL, SC 29715 | | | | | |
| 12/01/14 | | TO CLEAR ACCOUNT AND CLOSE | ADJUSTMENT OUT | 8500-000 | | 3,028.05 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 73,905.96 | 73,905.96 | 0.00 |
| Less: Bank Transfers/CD's | 70,877.91 | 0.00 | |
| Subtotal | 3,028.05 | 73,905.96 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,028.05 | 73,905.96 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******6472 | 2,092,506.72 | 25,679.32 | 0.00 |
| BofA - Checking Account - *******6692 | 0.00 | 1,424,462.49 | 0.00 |
| BofA - Checking Account - *******7646 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4299 | 18,991.81 | 95,922.81 | 0.00 |
| Checking Account - *******9096 | 3,028.05 | 73,905.96 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 2,114,526.58 | 1,619,970.58 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     3,028.05     7,208.20

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-19019 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | KNIGHT, JAMES A | | Bank Name: | BANK OF NEW YORK  MELLON |
| | | | Account Number / CD #: | *******9096  Checking Account |
| Taxpayer ID No: | *******1982 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - *******6472 | | | | |
| | | | BofA - Checking Account - *******6692 | | | | |
| | | | BofA - Checking Account - *******7646 | | | | |
| | | | Checking Account - *******4299 | | | | |
| | | | Checking Account - *******9096 | | | | |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*